

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-6-2009

# Wilson v. Philadelphia

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3260

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Wilson v. Philadelphia" (2009). *2009 Decisions.* Paper 1914.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1914

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Philadelphia, PA 19102

      Counsel for Appellees

               OPINION

GARTH, Circuit Judge.

Philadelphia, PA 19102-0000

Ronald Eisenberg (Argued)
Office of the District Attorney
Three South Penn Square
Philadelphia, PA 19107-3499

        Counsel for Appellees


FUENTES, Circuit Judge:

        On June 1, 2007, Appellant Harold Wilson moved to reopen a civil rights case he had filed against prosecutors in the Philadelphia District Attorney's Office.  Wilson's case had been dismissed for failure to prosecute, without prejudice, more than a year earlier.  In his efforts to reopen the case, Wilson presented the District Court with evidence indicating that his attorney was entirely at fault for the failure to prosecute, and that Wilson himself had been deceived by the attorney into thinking the case was progressing in an appropriate manner.  On June 29, 2007, the District Court denied the motion to reopen, and this appeal followed shortly thereafter.  As pointed out by the Appellees, at the time Wilson filed his motion to reopen, the statute of limitations had not yet run on many of Wilson's claims.

        In view of the unusual posture of this case, we will vacate and remand for further consideration of this matter in light of Dunbar v. Triangle Lumber and Supply Co., 816 F.2d 126 (3d Cir. 1987), as well as the recent Supreme Court decision Van De Kamp v. Goldstein, No. 07-854,  — U.S. —, 2009 WL 160430 (Jan. 26, 2009).

2